```
                                    FILED

                                    FEB - 5 2008

                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                    BY            DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cx168-L |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; |
| HECTOR TABORA-PAZ (1), ) ALEXANDROS THEODOROPOLOUS (2), ) | Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |
| Defendants. ) | |

The United States Attorney charges:

On or about January 3, 2008, within the Southern District of California, defendants HECTOR TABORA-PAZ and ALEXANDROS THEODOROPOLOUS, did knowingly and intentionally import 500 grams or more, to wit: approximately 4.0 kilograms (8.8 pounds), of Cocaine, Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: February 5, 2008

KAREN P. HEWITT
United States Attorney

for W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:San Diego
1/23/08