AO 455(Rev. 5/85) Waiver of Indictment

FILED

FEB - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ALEXANDROS THEODOROPOLOUS

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr168-L

I, ALEXANDROS THEODOROPOLOUS , the above named defendant, who is accused

of committing the following offense:

Importation of Cocaine and Aiding and Abetting, in violation of Title 21, United
States Code, Sections 952 and 960 and Title 18, United States Code, Section 2
(Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on ___2/5/08___ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before_____
JUDICIAL OFFICER